Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-408

**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Raining Cats and Dogs |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1992 |
| **Date of 1st Publication:** | January 05, 1992 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | William Bell |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | William Bell |
| | 1100 Stanton-Lebanon Road,, Lebanon, NJ, 8833, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Name:** | Jack Appelman |
| **Address:** | PO BOX 2568, |
| | Manchester Center, VT 5255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 10, 2025 |
| **Applicant's Tracking Number:** | WB2025060601 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-405

**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Rockefeller Center 1 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1994 |
| **Date of 1st Publication:** | March 01, 1994 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | William Bell |
  | **Author Created:** | 2-D artwork |
  | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | William Bell |
| | 1100 Stanton-Lebanon Road,, Lebanon, NJ, 8833, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Name:** | Jack Appelman |
| **Address:** | PO BOX 2568, |
| | Manchester Center, VT 5255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 10, 2025 |
| **Applicant's Tracking Number:** | WB2025060602 |

