✎ AO 121 (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| **DOCKET NO.**<br>1:26-cv-04092 | **DATE FILED**<br>04/13/2026 | USDC- Northern District of Illinois |
| **PLAINTIFF**<br><br>William Bell | | **DEFENDANT**<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>Thomas G. Bruton | **(BY) DEPUTY CLERK**<br>C. Kellens | **DATE**<br>6/30/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-408

**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Raining Cats and Dogs |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1992 |
| **Date of 1st Publication:** | January 05, 1992 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | William Bell |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | William Bell |
| | 1100 Stanton-Lebanon Road,, Lebanon, NJ, 8833, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Name:** | Jack Appelman |
| **Address:** | PO BOX 2568, |
| | Manchester Center, VT 5255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 10, 2025 |
| **Applicant's Tracking Number:** | WB2025060601 |



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-405**

**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Rockefeller Center 1

## Completion/Publication

**Year of Completion:** 1994
**Date of 1st Publication:** March 01, 1994
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** William Bell
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** William Bell
1100 Stanton-Lebanon Road,, Lebanon, NJ, 8833, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568,
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** WB2025060602



## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

William Bell

                               Plaintiff,

v.                                        Case No.: 1:26–cv–04092

                                        Honorable Franklin U. Valderrama

The Partnerships and Unincorporated
Associations Identified on Schedule A

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's Notice of Voluntary Dismissal [14] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed without prejudice. Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.